IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JAY FELTON CHATMAN, #0659216, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 6:18-CV-00126-RAS |
| v. | § | |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On May 31, 2019, the Magistrate Judge issued a Report and Recommendation (Doc. No. 18) recommending that this application for a writ of habeas corpus be dismissed with prejudice and that Petitioner Chatman be denied a certificate of appealability *sua sponte*. Petitioner acknowledged receipt of this Report and Recommendation on June 17, 2019. (Doc. No. 19) No objections to the Report and Recommendation have been presented for consideration within the prescribed time period for such objections. Therefore, the court adopts the Report and Recommendation of the United States Magistrate Judge (Doc. No. 18) as the findings of this court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report (Doc. No. 18) is **ADOPTED** and the above-styled application for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**. The court **FURTHER ORDERS** that Petitioner Chatman is **DENIED** a certificate of appealability *sua sponte*. Any pending motions are **DENIED** as **MOOT**. **SIGNED this the 29th day of September, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE